# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 14, 2019

**BY ECF**

The Honorable John G. Koeltl
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-15-19

Re: **United States v. Darrell McLeod**
    **18 Cr 691 (JGK)**

Dear Judge Koeltl:

The Government and defense write jointly to request the Court adjourn Mr. McLeod's sentencing currently scheduled for December 6, 2019 to December 12, 2019. The United States Probation Office has not yet provided a final version of the Presentence Investigation Report, and will not do so until November 22, 2019, the date the defense's letter is due. We understand from Mr. Fletcher that the Court is available on Thursday, December 12, 2019 at 10:30 AM, and as such, the parties respectfully request that the Court adjourn sentencing to that date.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA Tara LaMorte, Esq.

ADJOURNED TO THURSDAY, DECEMBER 12, 2019, AT 10:30AM.
SO ORDERED.
11/14/19
/s/ JGK
USDJ