# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11-27-19__

November 25, 2019

**BY ECF**

*ADJOURNED TO THURSDAY, JANUARY 16, 2020, AT 4:30PM.*

*SO ORDERED.*

The Honorable John G. Koeltl
Southern District of New York
500 Pearl Street
New York, NY 10007

*[signature] Koeltl*
*11/26/19   USDJ*

Re:  **United States v. Darrell McLeod**
     **18 Cr 691 (JGK)**

Dear Judge Koeltl:

The defense writes with the consent of the Government to request the Court adjourn Mr. McLeod's sentencing currently scheduled for December 12, 2019 to December 10, 2019. The United States Probation Office published its final Presentence Investigation Report on Friday, November 22, 2019 with a different Guideline calculation than either party anticipated or raised. Given that the defense letter is due shortly, we respectfully request this short adjournment to review the final PSR and prepare legal objections for the Court on the date of sentencing. We understand from Mr. Fletcher that the Court is available on Thursday, December 19, 2019 at 3:00 PM, and as such, the parties respectfully request that the Court adjourn sentencing to that date. The parties do not anticipate any further adjournments of this matter.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSA Tara LaMorte, Esq.