**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 20, 2020

<u>VIA ECF</u>

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> The hearing is adjourned to
> May 11, 2020 at 10:30 AM.
> SO ORDERED.
>
> New York, NY    /s/ John G. Koeltl
> March 20, 2020  John. G. Koeltl, U.S.D.J.

Re: **United States v. Darrell McLeod**
    18 Cr 691 (JGK)

Dear Judge Koeltl:

I write with the consent of the Government to request an adjournment of Mr. McLeod's VOSR appearance currently scheduled for March 24, 2020 until at least May 2020. In light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19 and because I live a member of the vulnerable population, this adjournment is appropriate. In the event the Court still wishes to go forward with this conference, the Government and defense request it be done telephonically. Mr. McLeod can remain on home detention until May, as that is a part of the Court's sentence as it was imposed. Thank you for your consideration and please stay safe during this trying time.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733