**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 4, 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> The violation of supervised release hearing is adjourned to June 24, 2020 at 2:30 PM.
> SO ORDERED.
>
> New York, NY    /s/ John G. Koeltl
> May 4, 2020     John G. Koeltl, U.S.D.J.

Re:   **United States v. Darrell McLeod**
      18 Cr 691 (JGK)

Dear Judge Koeltl:

    I hope this letter finds you and your staff in good health. I write with the consent of the Government to request an adjournment of Mr. McLeod's VOSR appearance currently scheduled for Monday, May 11, 2020 until at least mid-June due to the ongoing pandemic. I have spoken with Mr. McLeod's Probation Officer, who informed me that he will place Mr. McLeod in a new residential drug treatment program as soon as he is able. I have also spoken with Mr. McLeod, and he is ready and willing to attend the program once it is available.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733