**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 10 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> The hearing is adjourned to September 14, 2020 at 10:00 AM.
>
> SO ORDERED.
> New York, NY    /s/ John G. Koeltl
> June 11, 2020   John G. Koeltl, U.S.D.J.

Re:  **United States v. Darrell McLeod**
     18 Cr 691 (JGK)

Dear Judge Koeltl:

    I write with the consent of the Government and Probation to request an adjournment of Mr. McLeod's VOSR appearance currently scheduled for Wednesday, June 24, 2020 until at least mid-August due to the ongoing pandemic. I have spoken with Mr. McLeod's Probation Officer, who informed me that he will place Mr. McLeod in a new residential drug treatment program as soon as he is able. I have also spoken with Mr. McLeod, and he is ready and willing to attend the program once it is available.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733