UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

                            18 cr 691 (JGK)

   -against-

                             **ORDER**

DARRELL McLEOD,
        Defendant.
-----------------------------------------------------X

  The Clerk is directed to unseal documents 51 and 52.

**SO ORDERED.**

Dated: New York, New York
   January 26, 2021

                    /s/John G. Koeltl
                 **JOHN G. KOELTL**
            **UNITED STATES DISTRICT JUDGE**