**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 17, 2021

By ECF

Honorable John G. Koeltl
United States District Judge
Southern District of New York

**Re: United States v. Darrell McLeod, 18 Cr. 691 (JGK)**

Dear Judge Koeltl:

I write with the consent of the Government and Probation Department to respectfully request that the Court adjourn the March 1, 2021 conference on Mr. McLeod's violations of supervised release for approximately 30 days. The reason for this request is that Mr. McLeod is currently scheduled to enter residential drug treatment at Samaritan Village on March 2, 2021. This adjournment would therefore allow time for Mr. McLeod to enter his program and to determine if he is making appropriate progress.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:  Tara LaMorte, Esq.
     Adam S. Pakula, U.S. Probation

---

Conference is adjourned until Monday, April 20, 2021, at 2:30pm.

SO ORDERED.

New York, New York      /s/ John G. Koeltl
February 17, 2021       John G. Koeltl
                        U.S.D.J.