UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                    18 cr 691 (JGK)

                    -against-
                                                    **ORDER OF REMAND**

DARRELL McLEOD,
                              Defendant.
------------------------------------------------------------------X

      For the reasons stated on the record at a violation proceeding, today, the government's

motion to remand is granted.  The defendant is hereby ordered remanded pending the violation

of supervised release.  The defendant shall surrender to the United States Marshals Service for

the Southern District of New York, 500 Pearl Street, New York, New York 10007, by 2:00pm on

**March 30, 2021**.

**SO ORDERED.**

                                        s/John G. Koeltl
                                    **JOHN G. KOELTL**
                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 23, 2021