**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 16, 2021

By ECF

Hon. John G. Koeltl
United States District Judge
Southern District of New York

> Application granted. The defendant is to be released for 24 hours subject to the provisions specified in this letter.
>
> SO ORDERED.
>
> New York, New York
> April 16, 2021
>
> /s/ John G. Koeltl
> John G. Koeltl
> U.S.D.J.

**Re: United States v. Darrell McLeod, 18 Cr. 691 (JGK)**

Dear Judge Koeltl:

    I write on behalf of my client, Darrell McLeod, to request his temporary release from the Essex County Correctional Facility to attend his grandmother's funeral on Tuesday, April 20, 2021, at 9:00 a.m.[1] Mr. McLeod's grandmother, Dorothy McLeod, with whom Mr. McLeod was exceptionally close, passed away this week. He requests the opportunity to be allowed to grieve with his family, and to be present when his grandmother is put to rest. I therefore ask that he be released on a 24-hour unsecured personal recognizance bond, to be signed by Mr. McLeod, that permits him to attend the viewing and interment. **The Government has no objection to this request.**

    The Bail Reform Act provides that a "judicial officer may… permit the temporary release of [a] person … to the extent that the judicial officer determines such release to be necessary for preparation of the person's defense *or for another compelling reason*." 18 U.S.C. § 3142(i) (emphasis added). Accordingly, other judges have granted temporary release for detained individuals to attend family members' funerals. *See, e.g.*, *United States v. Dunn*, 11 Cr. 638 (SAS) (S.D.N.Y) (releasing defendant on a $30,000 personal recognizance bond to allow him to attend brother's memorial service); *United States v. Summers*, 09 Cr. 807 (DLC) (S.D.N.Y.) (releasing defendant to attend partner's funeral).

    The viewing and interment are scheduled for 9:00 a.m. on April 20, 2021, at the J. Foster Philips Funeral Home in St. Albans, Queens. *See* Announcement (image below). Mr. McLeod respectfully proposes that the Court release him on Monday, and allow him to return to the Essex

---

[1] Mr. McLeod is detained pending a hearing on violations of supervised release.

Hon. John G. Koeltl  April 16, 2021
United States District Judge  [2]

Re: United States v. Darrell McLeod
     18 Cr. 691 (JGK)

County Correctional Facility on Tuesday, after the services. If released, he will spend Monday night at his partner's apartment at 360 E. 137th Street in the Bronx.

   Due to the time-sensitive nature of this request, we respectfully request that the Court grant release or afford us the opportunity to be heard as soon as possible.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Tara LaMorte, Esq. (by ECF)



In Loving Memory

Dorothy Constance McLeod
March 10, 1937 - April 13, 2021

Memorial Service

J. Foster Philips Funeral Home
179-24 Linden Blvd.
St. Albans, NY 11434

Tuesday, April 20, 2021
Viewing 9 AM | Service 10 AM

Interment To Follow At Pinelawn Cemetery