UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

DARRELL MCLEOD,

Defendant.

**ORDER GRANTING TEMPORARY RELEASE**
18 Cr. 691 (JGK)

---

WHEREAS, on or about April 16, 2021, Darrell Mcleod, the defendant, filed a letter motion requesting temporary release from the Essex County Correctional Facility to attend his grandmother's funeral on April 20, 2021, at 9:00 a.m.;

WHEREAS, the defendant's letter motion requested that the Court release him Monday, April 19, 2021, and allow him to return to the Essex County Correctional Facility on Tuesday, following the aforementioned funeral services;

WHEREAS, the defendant's letter motion stated that the defendant would spend the evening at his partner's apartment at 360 E. 137th Street, Bronx New York;

WHEREAS, the Court endorsed the defendant's letter motion on April 16, 2021;

WHEREAS, the defendant further proposes that he be released with a $10,000 unsecured personal recognizance bond; and

WHEREAS, the Government consents to all aspects of the defendant's request;

IT IS HEREBY ORDERED that the defendant is to be released from the Essex County Correctional Facility on Monday, April 19, 2021, for purposes of attending his grandmother's funeral on April 20, 2021, at 9:00 a.m.; that the defendant be released on a $10,000 unsecured personal recognizance bond; that the defendant spend the evening of April 19, 2021, at 360 E.

137th Street, Bronx New York; and that, following his grandmother's services on April 20, 2021, the defendant report back to the Essex County Correctional Facility no later than 24 hours following his release.

4/19/21

HON. JOHN G. KOELTL
United States District Judge