USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-2021

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Darrell McLeod ,

    Defendant(s).

---------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO CONFERENCE**

18 -CR- 691( JGK) (    )

Defendant Darrell McLeod hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

\_\_\_ Status and/or Scheduling Conference

**X** Plea/Trial/Sentence

/s/ Darrell McLeod

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Darrell McLeod
Print Defendant's Name

*Jonathan Marvinny*

Defense Counsel's Signature

Jonathan Marvinny
Print Defense Counsel's Name

This proceeding was conducted by reliable video conference technology.

4/29/21
Date

U.S. District Judge/U.S. Magistrate Judge