UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -　　　　　　　　　　18-cr-691 (JGK)

DARRELL MCLEOD,　　　　　　　　　　ORDER

       Defendant.

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, a conference is scheduled for **March 28, 2022, at 12:00 p.m.** The parties may access the conference using the following dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:　　New York, New York
　　　　　February 4, 2022

                                    John G. Koeltl
                             United States District Judge