UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

UNITED STATES OF AMERICA

       - against -              18-cr-691 (JGK)

DARRELL MCLEOD,               ORDER

             Defendant.
————————————————————————————

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the parties are
directed to appear for a conference in Courtroom 14A, 500 Pearl
Street, New York, NY 10007, at **April 21, 2022 at 9:30 a.m.**

SO ORDERED.

Dated:    New York, New York
         March 28, 2022

                       John G. Koeltl
               United States District Judge