# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 13, 2022

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    United States v. McLeod
             18 Cr 691 (JGK)

*[Handwritten: Adjourned to Monday, August 8, 2022, at 4:00pm. SO ORDERED. /s/ John G. Koeltl, USDJ, 6/14/22]*

Dear Judge Koeltl:

The defense writes with the consent of Probation and the Government to respectfully request the Court adjourn Mr. McLeod's VOSR conference scheduled for Thursday, June 16, 2022, to the week of August 8, 2022. This will allow time for the parties to gain clarity on what will happen with Mr. McLeod's open state charges and to negotiate a suggested disposition to the Court for Mr. McLeod's VOSR charges.

Respectfully submitted,

*/s/ Ian Marcus Amelkin*

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733
ian_marcus_amelkin@fd.org

cc:    Tara LaMorte, Esq.
       Assistant U.S. Attorney
       Urshala Herald
       United States Probation