

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2022

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Darrell McLeod*, 18 Cr. 691 (JGK)

Dear Judge Koeltl:

I write respectfully to request that the upcoming conference in the above-referenced matter, which is scheduled for August 8, 2022, be converted from a virtual conference to an in-person conference for all participants. Among other things, the defendant needs to be presented on new specifications, including in connection with several drug-related arrests. The Probation Department has recommended that the upcoming proceeding be conducted in-person. I have conferred with the defendant's counsel, and he does not object to this request.

        Very truly yours,

        DAMIAN WILLIAMS
        United States Attorney

by: _____
        Tara M. La Morte
        Assistant United States Attorney
        (212) 637-1041

APPLICATION GRANTED
SO ORDERED

7/28/22  /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.