UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                              18 cr 691 (JGK)

        -against-

                              **ORDER OF REMAND**

DARRELL McLEOD,
                Defendant.
-------------------------------------------------------------X

        For the reasons stated at a hearing, today, the defendant, Darrell McLeod, is hereby ordered remanded to the custody of the Bureau of Prisons and United States Marshal, pending resolution to the violation of supervised release.

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          August 8, 2022